Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>**Marcos Gonzalez-Lopez**<br><br>**Debtor** | Case No. 23-43977-elm<br><br>Chapter 13 |

## DEBTORS' RESPONSE TO TRUSTEE'S
## NOTICE OF INTENT TO DISMISS BANKRUPTCY CASE

Marcos Gonzalez-Lopez ("Debtor") file this response in opposition to *Trustee's Notice of Intent to Certify Case for Dismissal* ("Notice") [Docket. No. 62].

Debtor was hospitalized in December 2023 due to a health crisis and was unable to work. Debtor's non-filing spouse has also been unable to work in the last month due to a medical issue. Debtor has been able to go back to work, and recently, he has worked overtime with his employer to increase his income. Debtor's non-filing spouse has been medically released to go back to work on or about May 9, 2024 and will be able to contribute funds toward the plan payments.

Debtor intends to make a full payment on or before May 14 and another full payment on or before May 26, 2024.

For these reasons, the trustee's motion should be denied.

DATED: May 1, 2024.   Respectfully submitted:
By: /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for Marcos Gonzalez-Lopez

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2024, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett