Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | |
| **Marcos Gonzalez-Lopez,** | **Case No. 23-43977-elm** |
| **Debtor** | **Chapter 13** |

### DEBTOR'S RESPONSE TO TRUSTEE'S
### NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

Marcos Gonzalez-Lopez ("Debtor") timely files this response in opposition to Trustee's *Notice of Intent to Certify Case for Dismissal* ("Notice") [Dkt. No. 96].

The Debtor responds to the Trustee's Notice of Intent to Certify for Dismissal and acknowledges that, as stated in the Notice, the pre-existing delinquency totaled $4,986.99. Since that time, the Debtor made a $2,500 payment during the first week of April, reducing the remaining arrearage to $2,486.99.

The delinquency was the result of temporary financial hardship. The Debtor experienced health issues, including complications related to diabetes and high blood pressure, which caused him to miss work and reduced his income during that period. The Debtor has now returned to work and his financial situation has stabilized, with additional support being provided by his non-filing spouse and adult children.

The Debtor is actively working to cure the remaining arrearage and anticipates making a $1,400 payment by the end of this week, with the balance to be paid by the end of the month to bring the plan fully current. Based on these circumstances and the Debtor's good-faith efforts, the

Debtor respectfully requests that the Trustee refrain from certifying the case for dismissal and allow the Debtor the opportunity to complete the cure.

FOR THESE REASONS, the Court should not certify this case for dismissal.

DATED: Monday, April 13, 2026.          Respectfully submitted:

By:___/s/ Clayton L. Everett_____
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for Marcos Gonzalez-Lopez

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett