**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | **CAUSE NO. 23-43977** |
| **MARCOS GONZALEZ-LOPEZ** | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 13** |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

Come now MANNING & MEYERS, Attorneys at Law, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for CHISHOLM SPRINGS HOMEOWNERS ASSOCIATION, INC. A/K/A CHISHOLM SPRINGS secured creditors and parties in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follow:

**MANNING & MEYERS**
Attorneys at Law
4340 N. Central Expressway, Suite 200
Dallas, Texas 75206
(214) 823-6600

This request encompasses all notices and pleadings including, without limitation, notice of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for CHISHOLM SPRINGS HOMEOWNERS ASSOCIATION, INC. A/K/A CHISHOLM SPRINGS with any summons and complaints or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for CHISHOLM SPRINGS HOMEOWNERS ASSOCIATION, INC. A/K/A CHISHOLM SPRINGS.

MANNING & MEYERS additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

MANNING & MEYERS,
Attorneys at Law

BY: /s/ LANCE ERICKSON (September 29, 2026)
LANCE ERICKSON
Texas Bar No. 24072509
4340 N. Central Expressway, Suite 200
Dallas, Texas 75206
Telephone: (214) 823-6600
Facsimile: (214) 821-3800
Email: Lance@HOALegal.com
ATTORNEY FOR CLAIMANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served Via Electronic means as listed on the Court's ECF notice system or by regular First Class Mail to the parties listed on the attached list.

Respectfully submitted,
MANNING & MEYERS,
Attorneys at Law

BY: /s/ LANCE ERICKSON (September 29, 2026)
LANCE ERICKSON
Texas Bar No. 24072509
4340 N. Central Expressway, Suite 200
Dallas, Texas 75206
Telephone: (214) 823-6600
Facsimile: (214) 821-3800
Email: Lance@HOALegal.com
ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR'S ATTORNEY**
Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010

**TRUSTEE**
Pam Bassel, Northern Bankruptcy District
7001 Blvd 26
Suite 150
North Richland Hills, TX 76180