# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

In re:

Marcos Gonzalez-Lopez

Debtor.

Case No. 23-43977-elm-13

Chapter 13

## DECLARATION OF MARCOS GONZALEZ-LOPEZ IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to 28 U.S.C. § 1746, I, Marcos Gonzalez-Lopez, declare under penalty of perjury that the foregoing is true and correct:

1. I am the Debtor in this Chapter 13 case. I am over eighteen years of age, have personal knowledge of the facts stated in this Declaration, and am competent to testify concerning them.

2. I own and reside at 107 Legendary Court, Newark, Texas 76071 (the "Property"). The property is my home, and I intend to continue living there.

3. I understand that I must pay the homeowners association assessments that come due while I own the property. I intend to make those payments as they become due.

4. I am willing and able to pay the properly determined postpetition delinquency owed to Chisholm Springs Homeowners Association in monthly installments over the remaining term of my Chapter 13 Plan, in addition to my ongoing assessments and Plan payments.

**I declare under penalty of perjury that the foregoing is true and correct**.

Executed on 10/16/2026.

[signature]
ID fgJoN6kfJZWpgsvjKw3ohoVy
______________ (signature)
Marcos Gonzalez-Lopez