Mr. Lance J. Erickson
Manning & Meyers, Attorneys at Law
4340 North Central Expressway
Dallas, Texas 75206
(214) 823-6600 fax (214) 821-3800
Lance@HOALegal.com
Attorney for Chisholm Springs Homeowners Association, Inc. a/k/a Chisholm Springs

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **IN RE:** | § | **CAUSE NO. 23-43977** |
| **MARCOS GONZALEZ-LOPEZ** | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 13** |

**NOTICE OF CONTINUED HEARING ON CHISHOLM SPRINGS HOMEOWNERS ASSOCIATION, INC. A/K/A CHISHOLM SPRINGS' MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST MARCOS GONZALEZ-LOPEZ**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:

PLEASE NOTICE THAT a hearing will be held on November 10, 2026, at 9:30 AM (the "Hearing") to consider the Motion For Relief from Automatic Stay filed by Chisholm Springs Homeowners Association, Inc. a/k/a Chisholm Springs, a creditor and party in interest against Marcos Gonzalez-Lopez (the "Motion"). The hearing will be held in the Courtroom of The Honorable Edward L. Morris, Northern District of Texas Bankruptcy Court, in the United States Bankruptcy Court via WebEx https://us-courts.webex.com/meet/morris. All parties in interest are invited to attend.

Dated: October 20, 2026

RESPECTFULLY SUBMITTED,

/s/ Mr. Lance J. Erickson
Mr. Lance J. Erickson, Manning & Meyers, Attorneys at Law
SB#24072509
4340 North Central Expressway
Dallas, Texas 75206
(214) 823-6600 fax (214) 821-3800

Lance@HOALegal.com
Attorney for Chisholm Springs Homeowners Association, Inc. a/k/a Chisholm Springs

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the document was served via electronic on October 20, 2026, upon the following:

/s/ Mr. Lance J. Erickson
Mr. Lance J. Erickson
Attorney for Chisholm Springs Homeowners Association, Inc. a/k/a Chisholm Springs

**Debtor**
Marcos Gonzalez-Lopez
107 Legendary Court
Newark, TX 76071

**Counsel for Debtor**
Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010

**Trustee**
Pam Bassel
Northern Bankruptcy District
7001 Blvd 26
Suite 150
North Richland Hills, TX 76180