Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Marcos Gonzalez-Lopez,**<br><br>**Debtor** | **Case No. 23-43977-elm**<br><br>**Chapter 13** |

## DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO DISMISS BANKRUPTCY CASE

Marcos Gonzalez-Lopez, ("Debtor") file this response in opposition to Trustee's *Notice of Intent to Certify Case for Dismissal* ("Notice") [Dkt. No. 109].

After being laid off in August 2026, the debtor began a new job on October 29, 2026, at a lower hourly rate. Despite the reduced pay, he plans to pay $1,000.00 on November 15, 2026, another $1,000.00 payment on November 20, 2026, and $1,000.00 every two weeks thereafter, starting Friday, December 4, 2026, until he is current.

For these reasons, the trustee's motion should be denied.

DATED: November 12, 2026.

Respectfully submitted:

By:___/s/ Clayton L. Everett_______
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for Marcos Gonzalez-Lopez

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett